# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| SKYLER MUSGROVE, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>THE BOARD OF REGENTS OF THE )<br>UNIVERSITY SYSTEM OF GEORGIA, )<br>JAMES HULL, UNIVERSITY OF )<br>GEORGIA, JERE MOREHEAD, KARIN )<br>ELLIOT, BLUE CROSS BLUE SHIELD )<br>HEALTHCARE PLAN OF GEORGIA, INC., )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, AND METLIFE, INC. )<br>)<br>   Defendants. ) | CIVIL ACTION FILE<br>NO. 3:18-cv-80-CDL |

## **CONSENT ORDER**

This matter is before the Court on Defendant Metropolitan Life Insurance Company's Second Consent Motion to Extend its Deadline to Respond to Plaintiff's Complaint (the "Motion"). Having considered all matters of record, and for good cause shown, the Motion is hereby **GRANTED**. Accordingly, Metropolitan Life Insurance Company's deadline to answer or otherwise respond to Plaintiff's Complaint is hereby **EXTENDED** up through and including September 26, 2018.

**SO ORDERED**, this 6th day of September, 2018.

                                                s/Clay D. Land
                                                HONORABLE CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE

Prepared and Presented by:

*/s/ John G. Perry*
Elizabeth J. Bondurant
Georgia Bar No. 066690
John G. Perry
Georgia Bar No. 141609

WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW
Suite 2400
Atlanta, GA 30363-1017
(404) 872-7000 (telephone)
lisa.bondurant@wbd-us.com
john.perry@wbd-us.com

*Attorneys for Defendant Metropolitan Life Insurance Company*