**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| SKYLER MUSGROVE, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )    CIVIL ACTION FILE |
| THE BOARD OF REGENTS OF THE | )    NO. 3:18-cv-80-CDL |
| UNIVERSITY SYSTEM OF GEORGIA, | ) |
| JAMES HULL, JERE MOREHEAD, | ) |
| KARIN ELLIOT | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now come Plaintiff SKYLER MUSGROVE, and Defendants THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, JAMES HULL, JERE MOREHEAD, and KARIN ELLIOT, through their respective attorneys of record, and stipulate that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall bear their own costs.

Respectfully submitted this 19th day of September, 2019.

s/ Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135
BARRETT & FARAHANY
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
T: (404) 214-0120
F: (404) 214-0125
amanda@justiceatwork.com

s/ Noah E. Lewis
Noah E. Lewis
Pro Hac Vice
New York Bar No. 5035936
TRANSCEND LEGAL
3553 82nd St. #6D
Jackson Heights, NY 11372
T: (347) 612-4312
F: (347) 990-1781
nlewis@transcendlegal.org

s/ Kevin M. Barry
Kevin M. Barry
Pro Hac Vice
Connecticut State Bar No. 429652
QUINNIPIAC UNIVERSITY SCHOOL OF
LAW
LEGAL CLINIC
275 Mount Carmel Ave.
Hamden CT 06518
T: (203) 582-3238
F: (203) 582-3237
legalclinic@quinnipiac.edu

**Attorneys for Plaintiff**

s/ Shelley S. Seinberg
Shelley S. Seinberg
Georgia Bar No. 617056
Bryan K. Webb
Georgia Bar No. 743580
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Tel: (404) 656-3385
sseinberg@law.ga.gov
bwebb@law.ga.gov

**Attorneys for Defendants Board of Regents, Hull, Morehead, and Elliott**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed using the CM/ECF system and served upon counsel record.

This 19th day of September, 2019.

/s/  Noah E. Lewis
Noah E. Lewis
*Pro Hac Vice*
New York Bar No. 5035936